**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jason Wayne Robideaux
Attorney at Law
1313 Lafayette St.
Lafayette LA 70501

**REHEARING ACTION: February 4, 2009**

**Docket Number: 08   00716-KA**

**STATE OF LOUISIANA**
**VERSUS**
**KATIE SAVOY**

**Appealed from Lafayette Parish Case No. 110725**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. Billy Howard Ezell**
**Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Katie S. Savoy** has this day been

**DENIED.**

cc: Hon. James David Caldwell, Counsel for the Appellee